UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JASHARY SABRINA M. S., | Case No. 26-cv-999 (LMP/ECW) |
| Petitioner, | |
| v. | **ORDER GRANTING HABEAS PETITION** |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | |
| Respondents. | |

---

Jason L. Schellack, **Autism Advocacy & Law Center, LLC, Minneapolis, MN**, for Petitioner.

David R. Hackworthy, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

      Petitioner Jashary Sabrina M. S. is a citizen of Nicaragua who entered the United States in 2022.  ECF No. 1 ¶ 12.  She was arrested by immigration officers on February 3, 2026, and remains in the custody of United States Immigration and Customs Enforcement. *Id.* ¶¶ 14, 15.  She asserts that Respondents (the "Government") have detained her pursuant to the mandatory detention provisions of 8 U.S.C. § 1225(b)(2).  *See id.* ¶ 34.  Jashary Sabrina M. S. contends that she is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).  *See id.*  She also contends that she is not subject to discretionary detention

under 8 U.S.C. § 1226(a) because the Government has not issued an appropriate warrant. *See id.* ¶¶ 60–61. Jashary Sabrina M. S. now brings this verified petition for writ of habeas corpus seeking immediate release. See ECF No. 1.

The Court ordered the Government to answer the petition no later than February 6, 2026. ECF No. 3. The Court noted that it has already found similarly situated noncitizens not to be subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and that such noncitizens are instead subject to the provisions of 8 U.S.C. § 1226(a). *See id*. at 2 (first citing *Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); and then citing *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025)).

The Government timely responded and agrees with Jashary Sabrina M. S. that her case is not legally or factually distinguishable from those this Court has already decided. ECF No. 5. Nevertheless, the Government "assert[s] all arguments raised by the government in [*Avila v. Bondi*, No. 25-3248 (8th Cir. docketed Nov. 10, 2025)] . . . and respectfully request that the Court preserve those arguments for any appeal in this case." *Id.* Given the Government's candid acknowledgement that the issues raised are not distinguishable from those addressed in this Court's prior decisions, the Court concludes that Jashary Sabrina M. S. is not subject to the provisions of Section 1225(b)(2) and is instead subject to the provisions of Section 1226(a) for the same reasons articulated in this Court's prior orders. *See, e.g.*, *Roberto M. F.*, 2025 WL 3524455, at *4; *Victor Hugo D. P.*, 2025 WL 3688074, at *2–3.

The Court has also concluded that if a petitioner is subject to the provisions of Section 1226(a), the Government must have issued the petitioner a warrant justifying the detention in the first place. *Joaquin Q. L. v. Bondi*, No. 26-cv-233 (LMP/DTS), 2026 WL 161333, at *2–3 (D. Minn. Jan. 21, 2026). If the Government does not do so, immediate release is the appropriate remedy. *Id.* The Government makes no mention of Jashary Sabrina M. S.'s argument that her detention is warrantless. Accordingly, because the Government does not assert any argument that it has provided Jashary Sabrina M. S. with a warrant or advance any argument that Jashary Sabrina M. S.'s detention is appropriate under Section 1226(a) without one, the Court will grant the petition and order Jashary Sabrina M. S.'s immediate release.

## ORDER

Accordingly, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Jashary Sabrina M. S.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

  a. Jashary Sabrina M. S.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

  b. The Government is **ORDERED** to release Jashary Sabrina M. S from custody by no later than 5:00 p.m. on Monday, February 9, 2026;

  c. The Government is **ORDERED** to release Jashary Sabrina M. S. without imposing any conditions of release and to return all property to her; and

3

    d. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 3:00 p.m. on Tuesday, February 10, 2026.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 6, 2026          *s/ Laura M. Provinzino*
                                                  Laura M. Provinzino
                                                  United States District Judge